IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN NAVELSKI; LINDA NAVELSKI,
RICHARD BULLARD; and BEVERLY
BULLARD, and those others that are
Similarly Situated,

    Plaintiffs,

v.                                  CASE NO. 3-14-cv-445 MCR/CJK

INTERNATIONAL PAPER COMPANY,

    Defendant.
_____/

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, International Paper Company, states that it has no parent company and that no publicly held corporation owns 10% or more of its stock.

                                Respectfully submitted,

                                */S/ Charles F. Beall, Jr.*
                                Charles F. Beall, Jr.
                                cbeall@mhw-law.com
                                Florida Bar No. 66494
                                Larry Hill
                                lhill@mhw-law.com
                                ljohnson@mhw-law.com
                                Florida Bar No. 173908
                                Kimberly S. Sullivan
                                ksullivan@mhw-law.com
                                Florida Bar No. 101408
                                MOORE, HILL & WESTMORELAND, P.A.
                                220 West Garden Street
                                SunTrust Tower, 9th Floor
                                Pensacola FL 32502
                                Telephone: (850) 434-3541

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 23rd day of September, 2014, a true copy of the foregoing was served via electronic delivery on counsel below:

| | |
|---|---|
| Jeremiah J. Talbott | Christopher M. Vlachos |
| jj@talbottlawfirm.com | chris@vlachosinjurylaw.com |
| civilfilings@talbottlawfirm.com | CHRISTOPHER M. VLACHOS, LLC |
| Tyler L. Gray | 244 East Intendencia Street |
| LAW OFFICE OF JEREMIAH J. TALBOTT, P.A. | Pensacola FL 32502 |
| 900 East Moreno Street | *Attorneys for Plaintiff* |
| Pensacola FL 32503 | |
| *Attorneys for Plaintiff* | |

/S/ *Charles F. Beall, Jr.*
Charles F. Beall, Jr.