UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF LORIDA
PENSACOLA DIVISION

JOHN NAVELSKI, LINDA NAVELSKI,
ERICK ALEXANDER, JACOB HUTCHINS,
AMBER HUTCHINS, JEANNE HENDERLY,
RICHARD BULLARD, and BEVERLY
BULLARD, on their own behalf and those others
similarly situated,

    Plaintiffs,

v.    CASE NO. 3-14-cv-445 MCR/CJK

INTERNATIONAL PAPER COMPANY,

    Defendant.

_____/

## Plaintiff's Evidentiary Hearing Witness List

1. Ronald Waters
2. Kyle Moore — *sworn* 5-31-2016
3. Chris Quackenbush — *sworn* 5-31-2016
4. William Yuhauz, Jr.
5. David Carrier
6. Mark Ross — *sworn* 5-31-2016
7. Richard Bullard — *sworn* 5-31-2016
8. Linda Navelski
9. Jacob Hutchins — *sworn* 5-31-2016
10. Jeanne Henderly — *sworn* 5-31-2016
11. Erick Alexander — *sworn* 5-31-2016
12. Richard Tarbox — *sworn* 5-31-2016
13. David Pavlock — *sworn* 5-31-2016
14. Cindy Kersey — *sworn* 5-31-2016
15. Tom Fruitticher — *sworn* 5-31-2016

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN NAVELSKI, LINDA NAVELSKI,
ERICK ALEXANDER, JACON HUTCHINS,
AMBER HUTCHINS, JEANNE HENDERLY,
RICHARD BULLARD, and BEVERLY
BULLARD, on their own behalf and those others
similarly situated,

  Plaintiffs,
v.           CASE NO. 3-14-cv-445 MCR/CJK

INTERNATIONAL PAPER COMPANY,

  Defendant.
_____/

**EVIDENTIARY HEARING WITNESS LIST OF**
**DEFENDANT INTERNATIONAL PAPER COMPANY**

1. Stephen M. Wistar 6/1/16
2. Christopher Curb 6/1/16
3. William Eugene "Gene" Yuhasz 6/1/16
4. Christopher Quackenbush
5. Frank Lan, Ph.D., P.E. 6/1/16
6. Richard J. Roddewig, MAI, CRE, FRICS 6/1/16
7. James H. Duke, Jr, Ph.D.
8. Greg Stanley

Respectfully submitted,

*/S/ Charles F. Beall, Jr.*
Charles F. Beall, Jr.
cbeall@mhw-law.com
Florida Bar No. 66494
Larry Hill
lhill@mhw-law.com
ljohnson@mhw-law.com
Florida Bar No. 173908
Kimberly S. Sullivan
ksullivan@mhw-law.com
Florida Bar No. 101408
MOORE, HILL & WESTMORELAND, P.A.
350 West Cedar Street
Maritime Place, Suite 100
Pensacola FL 32502
Telephone: (850) 434-3541