Exhibit A-2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JOHN NAVELSKI, LINDA NAVELSKI,
ERICK ALEXANDER, JACOB HUTCHINS,
AMBER HUTCHINS, JEANNE HENDERLY,
RICHARD BULLARD, and BEVERLY
BULLARD, on their own behalf and those
others similarly situated,

    Plaintiffs,

v.     CASE NO. 3:14-cv-445 MCR/CJK

INTERNATIONAL PAPER COMPANY,

    Defendant.

## **COURT APPROVED LEGAL NOTICE OF CLASS ACTION**

**THIS IS NOT NOTICE OF A LAWSUIT AGAINST YOU.** The purpose of this notice (the "Notice") is to advise you of a class-action lawsuit against International Paper Company ("IP"). This Notice is being sent to you because property records show that you may be a class member. If you are a member of the following class, you are one of the participants on whose behalf the lawsuit was brought and this notice applies to you:

> All persons who, as of April 29, 2014, owned real property in the Bristol Park, Bristol Woods, Bristol Creek, or Ashbury Hills Subdivisions in Cantonment, Florida.

This Notice describes the case in general and does not address all of the issues in detail.

**WHAT IS THIS LAWSUIT ABOUT?** The Representative Plaintiffs sued IP claiming they experienced flooding during a rainstorm on April 29-30, 2014, and that the flooding was caused by the failure of the structure sometimes referred to as the Kingsfield Road Dam, which was located on IP's Cantonment Mill. The Representative Plaintiffs claim the Dam failed because IP did not properly maintain or remove it. The lawsuit includes claims of negligence, trespass, nuisance, and strict liability against IP relating to the failure of the Dam.

IP denies it is responsible for the flooding that the Representative Plaintiffs and other members of the class experienced; rather, IP contends the flooding was caused by the rainfall that occurred during the April 29-30 storm.

Additional information about the lawsuit is available at www.flnd.uscourts.gov/314-cv-445. You are encouraged to access this web site to learn more about the case.

**WHAT WILL BE DECIDED IN THE CLASS TRIAL?**  Chief Judge M. Casey Rodgers of the United States District Court for the Northern District of Florida has granted class action status to a lawsuit brought on behalf of owners of real property as of April 29, 2014, in the Bristol Park, Bristol Woods, Bristol Creek, or Ashbury Hills Subdivisions in Cantonment, Florida (the "Class Area").  The court's class action certification applies only through a decision on whether IP has legal responsibility for the flooding in the Class Area on April 29 - 30, 2014.  There is no money available now, and no guarantee there will be.  The Court has only decided that the Representative Plaintiffs will be permitted to try to prove part of their case—whether IP is responsible for the failure of the Kingsfield Road Dam and, if so, whether IP is liable to them and the other members of the class for the flooding experienced within the Class Area—in a single trial on behalf of all class members.  The liability jury will only determine whether or not *all* of the flooding experienced by Plaintiffs was caused by the failure of the Kingsfield Road Dam.  If the evidence presented at the liability trial leads the jury to conclude that the Dam failure did not cause any of the flooding in the subject neighborhoods, or that it caused some but not all of the flooding, then Plaintiffs will have failed to carry their burden and the matter will end.  If the liability jury decides in Plaintiffs' favor, then class members will have the opportunity to proceed with individual actions on the issue of damages (*i.e.*, the financial impact from the amount of water in each home).

This class trial will decide only the question whether IP does or does not have legal responsibility to compensate class members for damages caused by the flooding; it will not address the amount of damages, if any, caused by the flooding:

- If the Representative Plaintiffs are successful in proving that IP is liable to them and the other members of the class for the flooding, each class member will then be required to prove his or her damages, if any, that were caused by the flooding in a separate proceeding.  Class counsel will continue to represent class members after the liability phase, though you will no longer be a class member at that point and continue to have the right to retain your own counsel.

- If the Representative Plaintiffs are not successful in proving that IP is liable to them and the other class members for the flooding, class members will not receive any money and will not be permitted to bring their own individual claims against IP for damage caused by the failure of the Kingsfield Road Dam.

The Court has set a trial on the class issues to begin on February 20, 2018, and the trial is scheduled to conclude by March 2, 2018.

**WHO ARE THE REPRESENTATIVE PLAINTIFFS?**  The court-approved Representative Plaintiffs, John Navelski, Linda Navelski, Erick Alexander, Jacob Hutchins, Amber Hutchins, Jeanne Henderly, Richard Bullard, and Beverly Bullard, owned real property as of April 29, 2014, in the Class Area.  These Representative Plaintiffs serve as the representatives for the class and are responsible for ensuring that decisions in the lawsuit are in the best interests of the class.

**WHO ARE THE CLASS COUNSEL?**  The Court has appointed James L. Kauffman and Jonathan R. Marshall of the law firm Bailey & Glasser LLP, Jeremiah J. Talbott of the Law Office of J.J. Talbott, P.A., and Christopher M. Vlachos of Vlachos Injury Law, P.A. as class counsel.

**HOW IS CLASS COUNSEL BEING PAID?** Class Counsel are representing you and the rest of the Class on a contingent fee basis and advancing all costs of the litigation on behalf of the Class, the reimbursement of which is also contingent on the outcome of the case.  If money damages are obtained for you, Class Counsel will submit a fee request to the Court requesting reimbursement of litigation expenses and a percentage of the recovery to be determined at the discretion of the Court. In no event will Class Counsel request an attorney's fee that exceeds one third (33.33%) of any recovery obtained by you or the class.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| **DO NOTHING** | **Stay in this lawsuit.  Await the outcome.**<br><br>By doing nothing, you keep the possibility of getting money or benefits that may come from a trial or a settlement of the pending case.  But, you give up any rights to sue IP separately about the claims asserted in this lawsuit, and you will be bound by the outcome of the Lawsuit. |
| **ASK TO BE EXCLUDED** | **Get out of this lawsuit.  Drop your claims completely, or pursue your claims with your own lawyer.**<br><br>If you ask to be excluded, you keep any rights to sue IP separately about the legal claims asserted in this lawsuit at your own expense, but you lose the benefits, if any, attained by the Representative Plaintiffs in the Lawsuit.  <u>See below for information about how to be excluded.</u> |

- Your options are explained in this notice.  If you want to be excluded from the Class, you must either mail the notice administrator a letter or card indicating your wish to be excluded at the address: Epperly Re:Solutions, P.O. Box 849, Hurricane, WV 25526 or send an email to davidepperly@frontier.com.  To be excluded, you must send an email or have your letter postmarked on or before____ [notice administrator to insert a date that is forty-five (45) days after the date the Class Notice was mailed].

- The Class's lawyers must prove the claims against IP at a trial.  If they do not prove those claims, then there will be no money or benefits obtained from IP for the members of the Class and members of the Class will not be permitted to bring their own individual claims against IP for damage caused by the failure of the Kingsfield Road Dam.  If the jury finds that IP is liable to the class, then the Court will establish a process for each class member to prove his or her damages, if any, that were caused by the failure of the Kingsfield Road Dam.

- If any money is recovered from IP, a portion of the recovery may be used to cover the necessary and reasonable costs of this suit, including such attorney's fees as the Court approves.

- You do not need to hire your own lawyer because Class Counsel is working on your behalf.  But, if you want your own lawyer, you will have to pay that lawyer.  For example, you can

ask him or her to appear in Court for you if you want someone other than Class Counsel to speak for you.

GETTING MORE INFORMATION

You can review the case file online at https://ecf.flnd.uscourts.gov/cgi-bin/login.pl.  Please note that you will need to obtain a Login ID and Password.  You may obtain a Login ID and Password at  http://pacer.psc.uscourts.gov.  **Information is also available on the Court's website at** http://www.flnd.uscourts.gov/314-cv-445.  Additionally, you may contact Class Counsel at the telephone number below or by writing to Class Counsel at the address provided below.

CONTACT INFORMATION FOR CLASS COUNSEL

The contact information for Class Counsel is as follows:

James L. Kauffman
Jonathan R. Marshall
**BAILEY & GLASSER LLP**
1054 31st Street, NW, Suite 230
Washington, DC 20007
Telephone: (202) 463-2101

Jeremiah J. Talbott
**Law Office of J.J. Talbott, P.A.**
900 East Moreno Street
Pensacola, FL 32503
Telephone: (850) 437-9600

Christopher M. Vlachos
**Vlachos Injury Law, P.A.**
714 North DeVilliers Street
Pensacola, FL 32501
Telephone: (850) 444-0141

# DO NOT ADDRESS QUESTIONS ABOUT THE LAWSUIT TO THE CLERK OF THE COURT OR TO THE JUDGE.

DATED:_____, 2017

**By order of Chief Judge M. Casey Rodgers of the United States District Court for the Northern District of Florida**