Exhibit C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

JOHN NAVELSKI, LINDA
NAVELSKI, ERICK ALEXANDER,
JACOB HUTCHINS, AMBER
HUTCHINS, JEANNE HENDERLY,
RICHARD BULLARD, and
BEVERLY BULLARD, on their own
behalf and those others similarly
situated,

    Plaintiffs,

v.

INTERNATIONAL PAPER
COMPANY,

    Defendant.

Case No. 3:14-cv-00445
MCR/CJK

## [PROPOSED] ORDER APPROVING CLASS NOTICE

This matter is before the Court on Plaintiffs' Renewed Motion for Approval of Class Notice Plan. ECF No. [   ] ("Plaintiffs' Renewed Motion"). Upon consideration of Plaintiffs' Renewed Motion, the Court finds and orders as follows:

1.    The Court approves the Notice Plan set forth in Plaintiffs' Renewed Motion and the exhibits thereto. The Notice Plan, in form, method, and content, complies with the requirements of Federal Rule of Civil Procedure 23 and due process. It shall constitute due and sufficient notice to all class members.

2.     Not later than seven (7) days from the date of this Order ("the Notice Date"), the Notice, substantially in the form attached as Exhibit A-2 to Plaintiffs' Renewed Motion, shall be sent by first class mail, postage prepaid, to all class members who can be identified with reasonable effort.

3.     Within three (3) days of the Court's approval of the Notice Plan, Epperly Re:Solutions will provide to the parties' counsel a complete list of the class members (including their Cantonment, Florida and any updated addresses), who will receive the Notice mailing.

4.     The deadline for a class member to request exclusion from the class shall be 45 days after the Notice Date (the "Exclusion Deadline").  Any request for exclusion that is not received by class counsel or postmarked by the Exclusion Deadline shall be null and void.

5.     Within seven (7) days of the Exclusion Deadline, Epperly Re:Solutions will provide a list of class members who have opted out of the class.

6.     Within fourteen (14) days of the Exclusion Deadline, class counsel shall file a list identifying (A) the names of the individuals who opted out of the class, and (B) the names of the individuals who remain members of the class and who shall therefore be bound by the class judgment.

Accordingly, Plaintiffs' Renewed Motion for Approval of Class Notice Plan (ECF No. [   ]) is **GRANTED**.

**DONE** and **ORDERED** on this [   ] day of September, 2017.

_____

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**