IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| JOHN NAVELSKI, LINDA NAVELSKI, ERICK ALEXANDER, JACOB HUTCHINS, AMBER HUTCHINS, JEANNE HENDERLY, RICHARD BULLARD, and BEVERLY BULLARD, on their own behalf and those others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>INTERNATIONAL PAPER COMPANY,<br><br>      Defendant. | Case No. 3:14-cv-00445 MCR/CJK |

## DEFENDANT INTERNATIONAL PAPER COMPANY'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Northern District of Florida Local Rule 5.5 and the parties' Stipulated Protective Order, Defendant International Paper Company ("IP") respectfully moves for leave to file under seal certain exhibits to IP's motions in limine.

1

Northern District of Florida Local Rule 5.5(A) provides that "[e]ach case file and each document filed in it is public unless one of these provides otherwise: a statute, court rule, administrative order, or order in the case." The Court entered a Stipulated Protective Order in this case providing that "[w]hen filed with this Court, Designated Material shall be delivered to the Clerk of the Court under seal and shall not be available to public inspection." ECF No. 45 at 4. IP moves for leave to file under seal the following exhibits, which contain "Designated Material" as defined in the Stipulated Protective Order. *See id.* at 1–2.

| Motion | Exhibit Letter | Description |
|---|---|---|
| Motion in Limine to Exclude Evidence of Subsequent Remedial Measures | B | IP document marked "confidential pursuant to protective order" |
|  | D | IP document marked "confidential pursuant to protective order" |
| Motion in Limine to Exclude Evidence Regarding the Composition of Paper Mill Effluent and Materials Used in Effluent Treatment, and Historic Exceedances of Industrial Wastewater Facility Permit Specifications | G | IP document marked "confidential pursuant to protective order" |
|  | H | IP document marked "confidential pursuant to protective order" |
|  | I | IP document marked "confidential pursuant to protective order" |

2

|  | J | IP document marked "confidential pursuant to protective order" |
|--|---|---|
|  | K | IP document marked "confidential pursuant to protective order" |

All exhibits filed under seal will be sent via email to the Court at flnd_rodgers@flnd.uscourts.gov and to counsel.

**WHEREFORE**, IP respectfully requests that this Court enter an order granting IP leave to file under seal certain exhibits to IP's motions in limine, and directing the Clerk to maintain the exhibits sealed from public record until further order of the Court upon the resolution and closing of this matter.

Dated: January 19, 2018　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Daniel W. Nelson*
Larry Hill　　　　　　　　　　　　　　　　Daniel W. Nelson
Florida Bar No. 173908　　　　　　　　　　District of Columbia Bar No. 433415
MOORE, HILL & WESTMORELAND, P.A.　　　　GIBSON, DUNN & CRUTCHER LLP
350 West Cedar Street　　　　　　　　　　1050 Connecticut Avenue, N.W.
Pensacola, FL 32502　　　　　　　　　　　Washington, D.C. 20036
Telephone: (850) 434-3541　　　　　　　　Telephone: (202) 887-3687
Fax: (850) 435-7899　　　　　　　　　　　Fax: (202) 530-9571
lhill@mhw-law.com　　　　　　　　　　　　dnelson@gibsondunn.com

*Counsel for Defendant*　　　　　　　　　*Counsel for Defendant*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)**

I hereby certify that counsel for Defendant conferred with counsel for Plaintiffs, and Plaintiffs do not oppose to this motion or the relief sought.

*/s/ Daniel W. Nelson*
Daniel W. Nelson

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of January, 2018, the foregoing document was filed using the Court's CM/ECF system.  In addition, (1) the filing is available for viewing and downloading via the CM/ECF system, and (2) the CM/ECF system will send notification of this filing to all attorneys of record who have registered for CM/ECF updates.

*/s/ Daniel W. Nelson*
Daniel W. Nelson