**EXHIBIT C**

```
              IN THE UNITED STATES COURT
         FOR THE NORTHERN DISTRICT OF FLORIDA
                  PENSACOLA DIVISION
```

_____

JOHN NAVELSKI, LINDA NAVELSKI, ERICK ALEXANDER,
JASON HUTCHINS, AMBER HUTCHINS, JEANNE HENDERLY,
RICHARD BULLARD and BEVERLY BULLARD on their
own behalf and those others similarly situated,

      Plaintiffs,

vs.                        CASE NO.:  3:14-cv-00445
                           JUDGE M. CASEY RODGERS
                           MAGISTRATE JUDGE CHARLES J. KAHN

INTERNATIONAL PAPER COMPANY,

      Defendant.
_____/


### VIDEOTAPED DEPOSITION OF KYLE MOORE

Taken on Behalf of the Plaintiffs

**DATE TAKEN:**  Wednesday, April 22nd, 2015
**TIME:**        9:00 a.m. - 3:07 p.m.
**PLACE:**       Law Offices of J.J. Talbott
                 900 East Moreno Street
                 Pensacola, Florida  32503


Examination of the Witness reported by:

Pamela Dee Elliott, Florida Professional Reporter
         Notary Public, State of Florida


### ANCHOR COURT REPORTING
229 South Baylen Street
Pensacola, Florida  32502


www.anchorreporters.com
(850)432-2511

1     Q.   (By Mr. Marshall)  I'm going to hand you a
2  document that's been -- I'm going to hand you a document
3  or just handed you a document that's Bates stamped 30320
4  and it's designated Exhibit 49.  Can you identify that
5  exhibit for the record?
6     A.   It looks like, on the right-hand side
7  there, the -- the overflow -- stormwater overflow
8  structure there at Kingsfield.
9     Q.   And do you know when this picture was
10 taken?
11    A.   I don't.
12    Q.   Is this the picture that Mr. Yuhasz took?
13    A.   He may have.  I don't know if it is or not.
14 I think I remember seeing this picture, but I saw other
15 pictures, too.  It may have been one that he took,
16 though.
17    Q.   Do you know when the dam failed?
18         MR. HILL:  Object to the form.
19    A.   Based on what -- the conversations I've had
20 and some of the pictures I've seen, the -- the -- the
21 structure here, early on the morning of the 30th, and I
22 believe the pictures were time stamped like 7:15 or 7:17
23 showed the -- this area to be -- still be holding back
24 and impounding water flow.
25              It wasn't until later that morning that --

1  that the water flow went down.  It looked like that --
2  that the -- the -- the earthen part over here had washed
3  out.  So based on what I've seen, it looked like to
4  me -- and I'm not an expert on hydrology, but it looked
5  like to me that it was -- it was washed out over time,
6  you know, sometime during the -- the morning of the 30th
7  of April.
8      Q.   (By Mr. Marshall)  Do you have any -- was
9  there anyone at -- from International Paper that was at
10 the site the entire time of the flood?
11          MR. HILL:  Excuse me by "the site," are you
12      referring to that particular --
13          MR. MARSHALL:  Yes.
14          MR. HILL:  -- area?
15          MR. MARSHALL:  At the dam.
16          MR. HILL:  Thank you.
17     A.   No, there was not.
18     Q.   (By Mr. Marshall)  Was there any
19 third-parties, to your knowledge, at the site during the
20 entire period of the flood?
21     A.   Not that I'm aware of.
22     Q.   Who was the first person that you believe
23 was at the site during the flood?
24     A.   I think the person -- the first person that
25 I'm aware of would have been William Yuhasz.  And I

1  series of basins and other areas of -- of interest with
2  regard to the Wastewater System and -- and stormwater
3  flow and -- and -- and that sort of thing.
4       Q.   Is this an accurate depiction as --
5  concerning the stormwater/wastewater flow that existed
6  as of the date of this flood?
7       A.   In terms of what -- it doesn't have any
8  really flow lines about how water is supposed to flow
9  through here, so -- so I can't answer that part.  But in
10 terms of the location of the different basins and ponds,
11 yes, it is accurate.
12      Q.   And where is the -- on this particular
13 exhibit, Exhibit 10, where is the Kingsfield Road Dam
14 located?
15      A.   The area that you're asking about is -- is
16 on the right-hand side of the page, about midway,
17 there's a label that says "Outfall Box."  It's -- it's
18 right in there, it's right there, that's it.
19      Q.   You can go ahead and mark that on Exhibit
20 10.
21      A.   Mark that, okay.
22      Q.   Yes, please.  And what's the Outfall Gate;
23 what does that refer to?
24      A.   The Outfall Gate is a structure that
25 delivers the -- it actually dates back to when -- when

1   the -- before the pipeline and -- and -- and treated
2   wastewater coming from the mill went through this --
3   this 48-inch line there at the Outfall Box underneath
4   the road and then went through this Outfall Gate into
5   Eleven Mile Creek.  And that Outfall Gate controlled the
6   release of the treated effluent into the creek.
7        Q.   And in terms of the -- the various ponds
8   that are denoted on Exhibit 10, can you tell me what
9   their capacity is?
10       A.   Yeah, I can tell you what the -- I can tell
11  you, generally, what's accepted for the design capacity
12  of them.  So yes, I can do that.  Let's see here, so the
13  Multipurpose Surge Basin is, approximately,
14  30 million gallons.
15       Q.   Go ahead and just write that on Exhibit 10,
16  please.
17       A.   Okay.
18       Q.   Maybe it's easier with a pen.
19       A.   It might be, yeah, actually.  Pond One
20  is designed at 120 million; Pond Two is roughly 80 --
21  80 million, I believe; Pond Three is 20 and Pond four
22  is -- is 20.
23       Q.   And the North Storm Surge Pond?
24       A.   Yeah, I don't -- I don't have an estimate
25  for that.  I've never seen any sort of design estimates