# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| JOHN NAVELSKI, LINDA NAVELSKI, ERICK ALEXANDER, JACOB HUTCHINS, AMBER HUTCHINS, JEANNE HENDERLY, RICHARD BULLARD, and BEVERLY BULLARD, on their own behalf and those others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>INTERNATIONAL PAPER COMPANY,<br><br>    Defendant. | Case No. 3:14-cv-00445 MCR/CJK |

## DEFENDANT'S PROPOSED VERDICT FORM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN NAVELSKI, LINDA
NAVELSKI, ERICK
ALEXANDER, JACOB
HUTCHINS, AMBER
HUTCHINS, JEANNE
HENDERLY, RICHARD
BULLARD, and BEVERLY
BULLARD, on their own behalf
and those others similarly situated,

   Plaintiffs,

v.

INTERNATIONAL PAPER
COMPANY,

   Defendant.

Case No. 3:14-cv-00445
MCR/CJK

**<u>VERDICT</u>**

**Negligence**

1. **Do you find, by a preponderance of the evidence, that the Defendant failed to exercise reasonable care in its maintenance of the Kingsfield Road Dam?**

   Yes_____   No_____

   *If you answered YES to Question 1, please proceed to Question 2; if you answered NO to Question 1, please proceed to Question 3.*

2. **Do you find, by a preponderance of the evidence, that the Defendant's failure to exercise reasonable care was the legal cause of all of the flooding of the class area?**

   Yes_____   No_____

   *Please proceed to Question 3.*

**Trespass**[1]

3. **Do you find, by a preponderance of the evidence, that the Defendant intended for the Kingsfield Road Dam to breach and for the water impounded by it to enter each class member's property?**

   Yes_____   No_____

   *If you answered YES to Question 3, please proceed to Question 4; if you answered NO to Question 3, please proceed to Question 5.*

---

[1] On the late afternoon of January 22, 2018—the due date for this Proposed Verdict Form—Plaintiffs' counsel sent an e-mail to Defendant's counsel stating that they have decided not to pursue their trespass and nuisance claims. As of now, Plaintiffs have not filed a document formally dismissing those claims. To the extent those claims are formally dismissed in the future, the discussions of Plaintiffs' trespass and nuisance claims in this Proposed Verdict Form will become moot. If those claims are dismissed, IP is prepared to submit a revised version of the verdict form to account for the change in Plaintiffs' case.

4. **Do you find, by a preponderance of the evidence, that the breach of the Kingsfield Road Dam was the legal cause of all of the flooding of the class area?**

	Yes_____   No_____

	*Please proceed to Question 5.*

**Nuisance**

5. **Do you find, by a preponderance of the evidence, that the Defendant's use of its property insofar as it pertains to the Kingsfield Road Dam was an unreasonable one under the circumstances and that any flooding of the class area attributable to water released as a result of the breach of the Kingsfield Road Dam was either prolonged or recurring?**

	Yes_____   No_____

	*If you answered YES to Question 5, please proceed to Question 6; if you answered NO to Question 5, please proceed to Question 7.*

6. **Do you find, by a preponderance of the evidence, that the breach of the Kingsfield Road Dam was the legal cause of all of the flooding of the class area?**

	Yes_____   No_____

	*Please proceed to Question 7.*

**Strict Liability**

7. **Do you find, by a preponderance of the evidence, that the impoundment of water by the Kingsfield Road Dam posed a risk of harm to another person, or to that person's land or personal property, that was serious and abnormal and that could not be eliminated by the exercise of reasonable care, and that the impoundment of water by the Kingsfield Road Dam was not a matter of common usage?**

	Yes_____   No_____

*If you answered YES to Question 7, please proceed to Question 8; if you answered NO to Question 7, please proceed no further except to sign and date this verdict form and return it to the courtroom.*

8. **Do you find, by a preponderance of the evidence, that the breach of the Kingfield Road Dam was the legal cause of all of the flooding of the class area?**

               Yes\_\_\_\_\_   No\_\_\_\_\_


SO SAY WE ALL, this_____ day of _____, 2018,

                _____
                     Foreperson

Dated:  January 22, 2018                                      Respectfully submitted,

*/s/ Daniel W. Nelson*
Larry Hill                                                                          Daniel W. Nelson
Florida Bar No. 173908                                          District of Columbia Bar No. 433415
MOORE, HILL & WESTMORELAND, P.A.              Jason R. Meltzer, *pro hac vice*
350 West Cedar Street                                         District of Columbia Bar No.1010315
Pensacola, FL 32502                                              GIBSON, DUNN & CRUTCHER LLP
Telephone: (850) 434-3541                                   1050 Connecticut Avenue, N.W.
Fax: (850) 435-7899                                              Washington, D.C. 20036
lhill@mhw-law.com                                              Telephone: (202) 887-3687
                                                                              Fax: (202) 530-9571
                                                                              dnelson@gibsondunn.com
                                                                              jmeltzer@gibsondunn.com

*Counsel for Defendant*                                     *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of January, 2018, the foregoing document was filed using the Court's CM/ECF system. In addition, (1) the filing is available for viewing and downloading via the CM/ECF system, and (2) the CM/ECF system will send notification of this filing to all attorneys of record who have registered for CM/ECF updates.

*/s/ Daniel W. Nelson*
Daniel W. Nelson
