IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| JOHN NAVELSKI, LINDA NAVELSKI, ERICK ALEXANDER, JACOB HUTCHINS, AMBER HUTCHINS, JEANNE HENDERLY, RICHARD BULLARD, and BEVERLY BULLARD, on their own behalf and those others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>INTERNATIONAL PAPER COMPANY,<br><br>   Defendant. | Case No. 3:14-cv-00445 MCR/CJK |

## MOTION FOR *PRO HAC VICE* ADMISSION OF MEGAN B. KIERNAN

Pursuant to Local Rule 11.1(C) of the Local Rules of the United States District Court for the Northern District of Florida and the Northern District of Florida's Memorandum Regarding Procedures for Admission, Megan B. Kiernan ("Movant") respectfully moves for admission *pro hac vice* to appear as counsel for Defendant, International Paper Company, and to thereafter receive notice of Electronic Case Filings in this action. In support of the motion, Movant states:

1

1. Movant is an attorney licensed to practice law in the District of Columbia, where she resides and regularly practices law, and has been a member in good standing of the District of Columbia Bar since 2017. Movant is also licensed to practice law in the State of California and has been a member in good standing of the California Bar since 2014.

2. A copy of a certificate of good standing from the District of Columbia Bar for Movant dated within 30 days of the date of this motion is attached as Exhibit A hereto.

3. Movant successfully completed the online Local Rules tutorial exam on January 25, 2018, and received the following confirmation number: FLND1516939287866.

4. Movant has also completed the CM/ECF tutorials available through the Court's website.

5. Movant has remitted simultaneously with the filing of this motion the Court's $201 *pro hac vice* admission fee.

6. Movant has upgraded her PACER account to "NextGen."

WHEREFORE, Movant respectfully requests that this Court enter an order granting her admission to appear *pro hac vice* on behalf of Defendant International Paper Company, and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: January 26, 2018                    Respectfully submitted,

                                                */s/ Megan B. Kiernan*
                                                Megan B. Kiernan
                                                District of Columbia Bar # 1049057
                                                GIBSON, DUNN & CRUTCHER LLP
                                                1050 Connecticut Avenue, N.W.
                                                Washington, D.C. 20036
                                                Telephone: (202) 955-8542
                                                Fax: (202) 831-6026
                                                mkiernan@gibsondunn.com

                                                *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of January, 2018, the foregoing document was filed using the Court's CM/ECF system. In addition, (1) the filing is available for viewing and downloading via the CM/ECF system, and (2) the CM/ECF system will send notification of this filing to all attorneys of record who have registered for CM/ECF updates.

*/s/ Megan B. Kiernan*
Megan B. Kiernan
