UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN NAVELSKI, LINDA NAVELSKI, ERICK ALEXANDER, JACOB HUTCHINS, AMBER HUTCHINS, JEANNE HENDERLY, RICHARD BULLARD, and BEVERLY BULLARD, on their own behalf and those others similarly situated,

    Plaintiffs,

v.                                              Case No. 3:14-cv-445 MCR/CJK

INTERNATIONAL PAPER COMPANY,

    Defendant.

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION IN *LIMINE* TO LIMIT EXPERT TESTIMONY BY DR. DAVID CARRIER**

Plaintiffs John Navelski, *et al.* (collectively, "Plaintiffs") hereby file this Response to Defendant International Paper Company's Motion in *Limine* to Limit Expert Testimony by Dr. David Carrier. (*See* ECF No. 161.) Plaintiffs agree in concept with Defendant's motion because Dr. Carrier did not offer any hydrologic opinions and they do not intend for Dr. Carrier to testify concerning a "wall of water" or offer any hydrologic opinions at trial.

1

Plaintiffs agreement is subject Defendant's clear identification of the scope of its Motion. In its Conclusion sentence, Defendant requests an open-ended limitation to Dr. Carrier's testimony, which creates ambiguity on its scope:

> The Court should exclude Dr. Carrier's testimony that the breach of the Kingsfield Road dam released a 'wall of water' – *as well as another other testimony from Dr. Carrier about hydrology issues*, *such as* how much water was released as a result of the breach, the velocity of the water which it was released or as it traveled down Elevenmile Creek, the form the water took when it was released, the effects of released water downstream from the Kingsfield Road dam, and the extent or cause of the flooding within the class area …

ECF No. 161 at 8. Although not likely Defendant's intention, the broad reference to all "hydrologic issues" could encompass opinions such whether the dam was properly abandoned or the cause of the dam's failure. If Defendant can clarify this ambiguity, Plaintiffs may agree to the motion depending on the scope.

## **Local Rule 7.1(F) Certification**

The undersigned counsel hereby certifies that this Response in Opposition is compliant with the limitations imposed by the Court and, according to Microsoft Word's "Word Count" function, pursuant to the methodology contained in Local Rule 7.1(F), this Response in Opposition is 306 words, which includes headings, footnotes, and quotations.

Dated: January 26, 2018                          Respectfully Submitted,

                                                     */s/ James L. Kauffman*

James L. Kauffman, Fl. Bar No. 12915
Jonathan R. Marshall, *pro hac vice*
**BAILEY & GLASSER LLP**
1054 31st Street, N.W., Suite 230
Washington, DC 20007
Telephone: (202) 463-2101
Fax:  (202) 463-2103
jkauffman@baileyglasser.com
jmarshall@baileyglasser.com

Jeremiah J. Talbott
**Law Office of J.J. Talbott, P.A.**
900 East Moreno Street
Pensacola, FL 32503
jj@talbottlawfirm.com

Christopher M. Vlachos
**Vlachos Injury Law, P.A.**
244 East Intendencia Street
Pensacola, FL 32502
chris@vlachosinjurylaw.com

*Counsel for Plaintiffs and the Class*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 26th day of January, 2018, that a true copy of the foregoing pleading was served via electronic delivery on counsel below:

Daniel W. Nelson
D.C. Bar No. 433415
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: 202-887-3687
dnelson@gibsondunn.com

Charles F. Beall, Jr.
cbeall@mhw-law.com
Florida Bar No. 66494

Larry Hill
lhill@mhw-law.com
ljohnson@mhw-law.com
Florida Bar No. 173908

Kimberly S. Sullivan
ksullivan@mhw-law.com
Florida Bar No. 101408
MOORE, HILL & WESTMORELAND, P.A.
220 West Garden Street
SunTrust Tower, 9th Floor
Pensacola FL 32502
Telephone: (850) 434-3541

Patrick Clerkin *Pro Hac Vice*
Texas Bar No. 24040702
Aaron S. Imhoff *Pro Hac Vice*
California Bar No. 310743
Clerkin Sinclair & Mahfouz, LLP
530 B Street, 8th Floor
San Diego, CA 92101
Telephone: 619-308-6550

*Attorneys for Defendant*

                                                */s/ James L. Kauffman*
                                                James L. Kauffman