UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN NAVELSKI, *et al.*

    VS                                                                      CASE NO.  3:14cv445/MCR/CJK

INTERNATIONAL PAPER COMPANY

### REFERRAL AND ORDER

Referred to Judge Rodgers on:  February 23, 2018
Motion/Pleadings: Motion for Judgment as a Matter of Law
Filed by:  DEFENDANT    on 2/22/18    Doc.# 220
RESPONSES:

                                  on              Doc.#
                                on              Doc.#

____ Stipulated ____ Joint Pldg.
____ Unopposed ____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

# ORDER

    Following the parties' oral argument on February 22, 2018, the Court made an oral ruling from the bench granting Defendant's motion for judgment as a matter of law as to Plaintiffs' trespass and nuisance claims, and denying the motion as to Plaintiffs' negligence claim.  On February 23, 2018, the Court orally granted Defendant's motion for judgment as a matter of law with respect to Plaintiffs' strict liability claim.  This Order affirms these bench rulings.  For the reasons stated on the record, Defendant's motion for judgment as a matter of law, ECF No. 220, is granted in part and denied in part, as indicated.

    **SO ORDERED**, on this 23rd day of February, 2018.

                                        *M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **Chief United States District Judge**