UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN NAVELSKI, LINDA
NAVELSKI, ERICK ALEXANDER,
JACOB HUTCHINS, AMBER
HUTCHINS, JEANNE HENDERLY,
RICHARD BULLARD, and BEVERLY
BULLARD, on their own behalf and
those others similarly situated,

                            Case No. 3:14cv445/MCR/CJK

    Plaintiffs,

v.

INTERNATIONAL PAPER COMPANY,

    Defendant.
_____/

## VERDICT

We, the Jury, in the above entitled and numbered case, return the following unanimous verdict:

A. Do you find, by a preponderance of the evidence, that International Paper was negligent in its design, maintenance, and/or continued operation of the Kingsfield Road dam structure?

        Answer:   Yes or No  __No__

FILED IN OPEN COURT THIS
2-26-2018
CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

<u>Note</u>: If you answered "No," the Foreperson should sign and date the last page of the Verdict Form. You need not answer the remaining questions. If you answered "Yes," go to Section B.

B. Do you find, by a preponderance of the evidence, that International Paper's negligent design, maintenance, and/or continued operation of the Kingsfield Road dam structure was the legal cause of all of the flooding in all of the class members' homes?

      Answer:    Yes or No  _____

<u>Note</u>: If you answered "Yes," the Foreperson should sign and date the last page of the Verdict Form. You need not answer the remaining question. If you answered "No," go to the next question.

C. Do you find, by a preponderance of the evidence, that International Paper's negligent design, maintenance, and/or continued operation of the Kingsfield Road dam structure was the legal cause of all of the flooding in all but six of the class members' homes?

      Answer:    Yes or No  _____

Note: Once you have answered this question, the Foreperson should sign and date the last page of the Verdict Form.

SO SAY WE ALL, this  26  day of February, 2018.

_____
Foreperson's Signature